RECEIVED
IN MONROE, LA

JAN 0 4 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| CARLOUS T. LEWIS | CIVIL ACTION NO. 07-1227 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| RICHARD BRAZZEL, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Carlous T. Lewis's Civil Rights Complaint [Doc. No. 1] is DISMISSED, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted.

MONROE, LOUISIANA this 4 day of January, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE