RECEIVED
IN MONROE, LA
JUN 4 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CARLOUS T. LEWIS** | **CIVIL ACTION NO. 07-1227** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICHARD BRAZZEL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## MEMORANDUM ORDER

On March 25, 2008, the Court issued an Order [Doc. No. 16] denying Plaintiff Carlous T. Lewis's Motion to Proceed In forma Pauperis on Appeal because the appeal was not taken in good faith under 28 U.S.C. § 1915(a)(3) and Federal Rules of Appellant Procedure 24(a)(3). The Court in that Order did not expressly state why the appeal was not taken in good faith. Therefore,

IT IS ORDERED that the Court's Order is amended to state, "Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the Court certifies that the appeal is not taken in good faith for the reasons stated by Magistrate Judge Hayes in her October 29, 2007, Report and Recommendation [Doc. No. 5] and adopted by this Court in its January 4, 2008, Judgment. [Doc. No. 7]. See Baugh v. Taylor, 117 F.3d 197, 202 n.21 (5th Cir. 1997)."

MONROE, LOUISIANA this 4 day of June, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE